## Patrick Early *v.* Braddock Borough, Appellant.

Argued Oct. 29, 1895.   Appeal, No. 67, Oct. T., 1895, by defendant, from order of C. P. No. 3, Allegheny Co., August Term, 1894, No. 486, dismissing exceptions to report of viewers, and refusing to allow defendant an appeal.   Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

OPINION BY MR. JUSTICE GREEN, January 6, 1896 :

The judgment in this case is affirmed for the reasons stated in the opinion just filed in the case of William Bowers v. The Borough of Braddock, No. 64, Oct. T., 1895.

Judgment affirmed.

---

## George W. Berry *v.* Braddock Borough, Appellant.

Argued Oct. 29, 1895.   Appeal, No. 68, Oct. T., 1895, by defendant, from order of C. P. No. 3, Allegheny Co., August Term, 1894, No. 487, dismissing exceptions to report of viewers, and refusing to allow defendant an appeal.   Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

OPINION BY Mr. JUSTICE GREEN, January 6, 1896 :

The judgment in this case is affirmed for the reasons stated in the opinion just filed in the case of William Bowers v. The Borough of Braddock, No. 64, October term, 1895.   The motion to quash is refused as there is no inconsistency in filing exceptions to the report of the viewers and at the same time entering an appeal to the common pleas under the act of June 13, 1874, P. L. 283.

Judgment affirmed.